| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | APR 4 2024 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

V. G., A minor by and through her Guardian Ad Litem Marta Osorio and MARTA OSORIO,

        Plaintiffs - Appellees,

 v.

SABAN COMMUNITY CLINIC, Doe 1,

        Defendant - Appellant,

CHA HOLLYWOOD MEDICAL CENTER, LP, Doe 2; doing business as Hollywood Presbyterian Medical Center, et al.;

        Defendants - Appellees,

 v.

UNITED STATES OF AMERICA,

        Movant - Appellee.

No. 24-1030

D.C. No. 2:23-cv-08658-SPG-KS
Central District of California, Los Angeles

ORDER

    The Clerk is directed to temporarily close this court's docket for administrative purposes until December 31, 2024. This administrative closure is not a decision on the merits and no mandate will issue in connection with this order. At any time, any party may request that this appeal be reopened.

Within seven days of the issuance of a mandate in *Blumberger v. Tilley*, No. 22-56032, or *A.H. v. Khalifa*, No. 22- 56061 (consolidated for oral argument), counsel for appellant is requested to contact the mediator (Stephen_Liacouras@ca9.uscourts.gov) to report on the status of the case.

FOR THE COURT:

By: Stephen M. Liacouras
Chief Circuit Mediator